In the Matter of KOLIEN J. RICHMOND, Respondent, v ROBERT A. PEREZ, Appellant. (Proceeding No. 1.)

In the Matter of ROBERT A. PEREZ, Respondent, v KOLIEN J. RICHMOND, Appellant. (Proceeding No. 2.)

Submitted December 29, 2014; decided February 17, 2015

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order as affirmed the September 2013 Family Court order denying a motion to vacate a prior Family Court order, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

Judges STEIN and FAHEY taking no part.